IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JACOB CASEY SR., | § | |
| | § | |
| Respondent Below, | § | No. 289, 2019 |
| Appellant, | § | |
| | § | Court Below–Family Court |
| v. | § | of the State of Delaware |
| | § | |
| VIOLET BUSILLO, | § | File No.  CN04-10263 |
| | § | Petition No.  18-34620 |
| Petitioner Below, | § | |
| Appellee. | § | |
| | § | |

Submitted:  October 4, 2019
Decided:  October 7, 2019

## ORDER

It appears to the Court that, on September 17, 2019, the Senior Court Clerk issued a notice, sent by certified mail, directing the appellant, Jacob Casey Sr., to show cause why his appeal should not be dismissed for his failure to diligently prosecute his appeal by failing to pay the Family Court filing fee.  The appellant received the notice to show cause as evidenced by the undated return receipt that was filed with the Court on September 23, 2019.  The appellant has not responded to the notice to show cause nor has he paid the Family Court filing fee.  Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice